LUCERO, J.,
concurring:
Because the majority’s reasoning and conclusion are compelled by our precedent, I join the majority’s order and judgment. However, I concur specifically to state my *513 continued view that SORNA does not contain an intelligible principle upon which the Attorney General can evaluate SORNA’s applicability to previous offenders. The consequence has been to treat all previous offenders with a broad brush. Nonetheless, our circuit has resolved the matter in United States v. Nichols, 775 F.3d 1225, 1231-32 (10th Cir.2014), certiorari granted on other grounds, — U.S. —, 136 S.Ct. 445, 193 L.Ed.2d 346 (2015), and I am bound by that conclusion.